UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.
99 MAR -3 AM 10: 41
SIGN_____
RICHARD T. MARTIN
CLERK

| | |
|---|---|
| REGINA GALE CLARK, ET AL | CIVIL ACTION |
| VERSUS | |
| ENTERGY CORPORATION, ET AL | NO. 96-3266-A |

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled:

IT IS ORDERED that this action is hereby DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

Baton Rouge, Louisiana, March 3, 1999.

Caballero
Larmann
Christovich
Planché
GC
PH
DLD
JS
BW/PH anc.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

DKT. & ENTERED

DATE_____
NOTICE MAILED TO:
DATE 3/3/99 BY hw

DATE: 03/03/99    DEPUTY CLERK: BW